ORIGINAL

FILED
JUL 31 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

Klinge Corporation,

Plaintiff,

v.

United States of America,

Defendant.

No. 08-551 C

**MOTION FOR LEAVE TO FILE A COMPLAINT UNDER SEAL**

Plaintiff, Klinge Corporation ("Klinge"), by its undersigned counsel, respectfully moves this Court for Leave to File A Complaint Under Seal. The Complaint is Klinge's initial pleading before the Court on this matter, and it is intended to initiate a bid protest action, challenging the actions of the Defendant, the United States of America, acting through the United States Marine Corps Systems Command ("the agency"), its officers, agents, and employees. Specifically, this bid protest challenges the agency's unlawful constructive cancellation of Request For Proposal No. M67854-07-R-5060 for Large Field Refrigeration Systems and the agency's decision to satisfy its need under the RFP through the issuance of Request For Quotation No. 296298 (Reference No. M67854-08-Q-5067) under the General Services Administration Federal Supply Schedule.

The agency's award of a contract under the RFP to Sea Box was the subject of a two concluded bid protests before the Government Accountability Office ("GAO") bearing Case No. B-309930 and B-309930.2. The GAO dismissed the first protest as academic after the agency took corrective action. The GAO denied the second protest in an unpublished decision dated February 13, 2008, which was later followed by a public version. During the course of the

proceedings before the GAO, the GAO issued a Protective Order because the protests involved the agency's source selection information as well as the proprietary and business confidential information of both Klinge, the protester, and Sea Box, Inc. ("Sea Box"), the awardee/Intervener.

It is anticipated that the current proceedings before the Court will require an examination of the same information presented to the GAO. As such, counsel for Klinge has obtained leave from the GAO to release such information for use in these proceedings, provided that Klinge files such information under seal and obtains a Protective Order from the Court, which Klinge intends to request.

Klinge's Complaint is concurrently filed herewith, along with a Motion for A Temporary Restraining Order And A Preliminary Injunction, which is supported by a Memorandum of Points and Authorities. The protected information in such filings has been highlighted. Additionally, redacted versions are also supplied herewith.

WHEREFORE, Klinge respectfully requests that the Court grant is Motion For Leave To File A Complaint Under Seal.

Respectfully Submitted,

Richard Rector by Seamus Curley

Dated: July 31, 2008

By: Seamus Curley

Richard P. Rector
DLA PIPER US LLP
500 8th Street, NW
Washington, DC 20004
Telephone: 202.799.4000
Facsimile: 202.799.5000

Counsel for Plaintiff

Of Counsel:

Seamus Curley
DLA PIPER US LLP
500 8th Street, NW
Washington, DC 20004
Telephone: 202.799.4403
Facsimile: 202.799.5403