**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | |
|---|---|
| Klinge Corporation,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 1:08-cv-00551-EGB |

**MOTION FOR LEAVE TO ENTER APPEARANCE AS INTERVENOR**

1. Sea Box, Inc. ["Sea Box"], 802 Industrial Highway, East Riverton, New Jersey 08077, a New Jersey corporation, through its undersigned counsel, hereby submits this Motion for Leave by the Court to enter its appearance as an intervenor in this matter.

2. Sea Box was the recipient of contract M67854-07-D-5060 representing award of the United States Marine Corps Systems Command solicitation M67854-07-R-5060. Sea Box had been identified by the United States Marine Corps Systems Command as the successful offeror under that solicitation.

3. In its decision dated June 10, 2008 in Case 1:08-cv-00134-EGB, the Court directed that the Marine Corps is enjoined from accepting further performance of the contract with Sea Box and directed it to terminate the contract with Sea Box.

4. The Marine Corps issued solicitation M67854-08-Q-5067 on or about July 21, 2008. Sea Box submitted an offer under that solicitation.

5. Although not yet having had access to, and thus not having yet seen, the Complaint in the present protest, Sea Box understands from its reading of Plaintiff Klinge Corporation's July 30, 2008 *Notice of Intent to File Bid Protest* that one of the solicitations identified in the protest is M67854-08-Q-5067. Sea Box believes that Plaintiff has requested, within its protest, various forms of relief from the Court, which, if granted, would be adverse to Sea Box's interests, including, *inter alia*, possible withholding of a potential contract resulting from M67854-08-Q-5067 under which Sea Box is an offeror.

6. The undersigned counsel is employed by Sea Box as its Director of Contracts.

7. Sea Box respectfully requests that the Court grant this Motion.

Respectfully Submitted,

s/Robert A. Farber
Robert A. Farber
1900 Frontage Road, Suite 1613
Cherry Hill, NJ 08034
Telephone: 610-349-1346
Facsimile: 267-295-9938

Counsel for Intervenor