# In the United States Court of Federal Claims

No. 08-551C
(Filed: August 1, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *

KLINGE CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

and *Defendant*,

SEA BOX, Inc.

*Intervenor*.

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

This is an action brought under the court's bid protest jurisdiction. 28 U.S.C. § 1491(b)(1) (2000). Plaintiff has filed a motion for a preliminary injunction. A conference call was held this date. Defendant's counsel and counsel for Sea Box Inc., a potential intervenor, had an opportunity to read the complaint and memorandum in support of the motion. Also pending is Sea Box, Inc., motion to intervene. We grant the motion to intervene.

During the conference call, which is digitally recorded, we explained our reasons for enjoining the solicitation that is the subject of the complaint. We find, based on the assertions in the complaint, that Klinge has demonstrated good cause to show that it is an interested party to challenge the task order at issue because of the potential connection between that task order and the IDIQ contract which was the subject of the court's injunction in *Klinge Corp. v. United States*, No. 08-134C (June 5, 2008). We further find that there is a likelihood of success on the merits, that there is a likelihood of substantial

irreparable injury to plaintiff if the task order award is not enjoined, that the harm to plaintiff outweighs any harm to defendant, and that the public interest weighs in favor of an injunction. Accordingly, for the reasons stated during that conference, the United States Marine Corps Systems Command is enjoined from opening the bids received in response to Request for Quotation No. 296298 (Ref. No. M67854-08-Q-5067) or making an award under that task order until further order of the court. Defendant's counsel will notify the court and other parties by close of business on August 4, 2008 how quickly the agency will be able to file the administrative record. The administrative record will include all matters pertaining to the development and administration of the Request for Quotation and also any record associated with the IDIQ contract but originating after the court's prior injunction. After we receive counsel's response, the court will issue further procedural instructions.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge