# In the United States Court of Federal Claims

No. 08-551C
(Filed: August 6, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *

KLINGE CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

and *Defendant*,

SEA BOX, Inc.

*Intervenor*.

* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A status conference to discuss further proceedings in this case is set for Monday, August 18, 2008, at 1:00 pm at the National Courts Building, 717 Madison Place, NW, Washington, DC. Counsel shall appear in person. Counsel for intervenor may notify the court if he prefers to appear by phone.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge