# In the United States Court of Federal Claims

No. 08-551C
(Filed: August 18, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *

KLINGE CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

and *Defendant*,

SEA BOX, Inc.

*Intervenor*.

* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

For the reasons stated on the record during the status conference held on August 18, 2008, and with the consent of the parties, the following is ordered:

1. The agency shall supplement the Administrative Record by filing an affidavit by the Contracting Officer providing the agency's rationale for not making an award under the original solicitation and cancelling that procurement. Defendant shall file the affidavit on or before 12:00 pm, August 22, 2008.

2. Defendant shall promptly notify any potential additional interested parties of the present action.

3. In lieu of additional motion practice or briefing, the matter will be treated as submitted for cross motions for judgment on the administrative record.

4. Oral argument will be heard on September 8, 2008, at 9:30 am in the National Courts Building, 717 Madison Place, NW, Washington, DC. Counsel shall appear in person. In making their argument, the parties will be permitted to rely on the administrative record in No. 08-134C.

5. The court's order of August 1, 2008, granting the preliminary injunction, is modified to allow the agency to open and evaluate the bids received in response to Request for Quotation No. 296298 (Ref. No. M67854-08-Q-5067). The agency remains enjoined from making an award until after September 8, 2008.

6. Defendant will furnish intervenor(s) a copy of the administrative record, including the affidavit in paragraph 1, subject to the other parties' redactions, by 5:00 pm Monday, August 25, 2008.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge