**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| KLINGE CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-551C |
| v. | ) | |
| | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | **FILED UNDER SEAL** |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SEA BOX, INC. | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to the August 1, 2008 teleconference and subsequent order, the United States, defendant, respectfully provides the following information to the Court:

1. After conferring with The United States Marine Corps Systems Command ("USMCSC" or "agency") counsel of record advises that the agency and counsel will make every effort to prepare and file the administrative record on or before Monday, August 11, 2008.

2. During the teleconference, the Court was advised that the bids on the RFQ were not opened. However, counsel for the agency advised counsel of record today that the bids were submitted electronically and, therefore, some of the information contained therein, such as identification and price quote, were seen prior to the contracting officer learning of the Court's order. Based upon the information gleaned prior to the Court's order, it appears that [redacted] and [redacted] have submitted quotations.

3. Upon receipt of the Court's order, the contracting officer immediately closed the

electronic files and shall not review any further information until directed by the Court.

4. Agency counsel, after speaking with the contracting officer, advises that

a. The RFQ is a one-time purchase of 150 LFRS,

b. The RFQ does not contain a spare parts provision or support provision, and

c. The agency intends to conduct new market research before re-issuing the 5-year IDIQ solicitation that was the subject of the previous litigation before this Court.

d. The agency did not believe it could make award to Klinge based upon the previous litigation because Klinge's final proposal revision ("FPR") proposed [redacted].

5. Shortly after the teleconference with the Court, counsel of record recieved a call from counsel for Klinge. During this conversation, counsel for Klinge disclosed that [redacted] In an effort to protect its proprietary information, this information was not disclosed in Klinge's complaint or memorandum of points and authorities. However, we strongly believe the Court should have been advised of this pertinent fact, as it relates directly to the likelihood of irreparable harm to Klinge posed by the agency's effort to procure LFRS's through the FSS RFQ. It also underscores the point that the protest is prematrure and speculative at best, because there is a likelihood that [redacted] and, therefore, the "viabilitiy of Klinge's manufacturing process and its continued ability to manfacture RU's domestically" and its "ability to perform contracts such as these" <u>does not</u> hinge upon the outcome of this protest as argued by plaintiff. Pl. Mot. at pp. 19 - 20.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kirk Manhardt
KIRK MANHARDT
Assistant Director

/s/ Christopher L. Krafchek
CHRISTOPHER L. KRAFCHEK
Trial Attorney
Civil Division,
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
(202) 305-0041 (Phone)
(202) 514-8624 (Facsimile)

Attorneys for Defendant

OF COUNSEL:
BRENT CURTIS
Associate Counsel
Marine Corps Systems Command
2200 Lester Street
Quantico, Virgina 22134-6050

August 4, 2008

CERTIFICATE OF FILING

I hereby certify that on this 4th day August, 2008, a copy of the foregoing "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Christopher L. Krafchek