**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| KLINGE CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-134C |
| v. | ) | (Judge Bruggink) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**INDEX TO ADMINISTRATIVE RECORD**


| Tab | Document Description | Page Number |
|---|---|---|
| 1. | Initiating Memo to procure Large Field Refrigeration System (LFRS) (June 6, 2008) | 1-3 |
| 2. | Commercial Item Determination Memo (June 6, 2008) | 4 |
| 3. | Acquisition Contract Strategy (undated) | 5-6 |
| 4. | Procurement Execution Plan (PEP) (June 6, 2008) | 7 |
| 5. | Request for Quote (RFQ) Cover Letter (June 15, 2008) | 8 |
| 6. | Statement of Objectives, version 20080606 (undated) | 9-33 |
| 7. | Proposal Preparation and Evaluation (undated) | 34-35 |
| 8. | E-mail Correspondence between Moxi Mi and Jeffery Lau (June 24, 2008) | 36-37 |
| 9. | e-Buy Notice closing on July 24, 2008 (July 21, 2008) | 38 |
| 10. | Summary of Critical Performance Parameters (undated) | 39-40 |
| 11. | e-Buy Notice closing on July 31, 2008 (July 21, 2008) | 41 |
| 12. | E-mail Correspondence between Moxi Mi and ebuy_admin@gsa.gov (July 21, 2008) | 42 |


[redacted]

13. [redacted]

14. [redacted]

[redacted]

# TAB 1

06 June 2008

**MEMORANDUM**

From: Program Manager – Expeditionary Power Systems (PM EPS)
To: Contracting Officer – CTQ 05

SUBJ: Initiation for Contractual Efforts to procure Large Field Refrigeration System (LFRS)

Encl: (1) Acquisition Strategy
(2) Commercial Item Determination Memorandum
(3) Program Execution Plan
(4) Letter to Offerors - Draft
(5) Statement of Objectives
(6) Proposal Preparation Instructions

1. The Marine Corps continues to have a requirement for a family of Field Refrigeration Systems, including a Large Field Refrigeration System. It is requested CTQ begin a contractual procurement for LFRS items. The LFRS will be initially procured with FY07 Supplemental program funding that is on-hand. Out year core program funding in the Family Environmental Control Equipment will procure additional systems as follow-on e-Buys. In support of this need, the following data is provided to support contractual efforts, including data field elements of the Commands Procurement Request (PR) process.

2. Acquisition Strategy: As previously developed and provided under solicitation and subsequent procurement M67854-07-D-5060, provided in Tab 1 is the Chapter 5 Acquisition Strategy portion of the Marine Corps Single Acquisition Management Plan (MC-SAMP) for the Field Refrigeration System family and the LFRS.

3. Market Research: PM EPS previously conducted formal market research in 2006 originally in support of LFRS. Provided below is a summary of potential sources that could provide LFRS.

[redacted]

[redacted]



[redacted]

6. Contracting Strategy: As a result of Market Research and from discussions between the Program Manager and Lead Contracting Officer, it has been determined this procurement can be successfully accomplished via Federal Supply Schedule e-Buy from GSA *Advantage*.

7. Program Execution Plan: Provided in Tab 3 is a Program Execution Plan for efforts necessary to execute in a timely manner according to this acquisition strategy.

8. Cover Letter for Request for Quotation: Provided in Tab 4 is the draft cover letter to offerors in support of the RFQ.

9. Statement of Objectives: In support of a solicitation to be released to GSA vendors, a Statement of Objectives (SOO) is provided in Tab 5.

10. Proposal Preparation Instructions: Since there is no formal solicitation, but specific information is requested of offerors in order to be certain the proposes solutions are viable, provided in Tab 6 are Proposal Preparation Instructions for all offerors

[redacted]

12. Source Selection Plan: Source Selection will be conducted using best value determination previously exercised under the program. The existing Source Selection Plan approved and signed for the original LFRS solicitation will be used again for this effort. A copy is available upon request.

13. Federal Supply Code: The FSC code for this procurement is "41 – Refrigeration, Air Conditioning and Air Circulating Equipment"

14. NAICS Code: The NAICS code 332439 "Other Metal Container Manufacturing" is applicable to this acquisition.

15. Contract Type: It is requested a 5-year Blanket Purchase Agreement (BPA) be put in place to support this requirement. Favorable discount terms are encouraged to be negotiated with the winner.

16. Ordering Period: This is a single purchase. If additional items are required in subsequent years, this process will be repeated.

17. Delivery Locations: All articles will be required to be delivered to one of two locations:

Marine Corps Logistics Base, Albany Georgia
Marine Corps Logistics Base, Barstow, California

18. Shipping Charges: Current GSA pricing that is FOB ORIGIN. Shipping charges should be negotiated at time of contract, with 50% to California and 50% to Georgia.

19. Pricing: Pricing should be for total quantity purchase.

20. Schedule: Delivery schedule is depicted on each offerors GSA schedule. Better delivery times are desired and should be negotiated.

21. Inspection/Acceptance: All CLINs should be inspected at origin and accepted at destination.





[redacted]

22. Brand Name or Equal Determination: This type designation is not applicable.

23. Preliminary Sole Source Justification: Not required – competition is being pursued.

24. IT Waivers: Refrigeration units and containers possess no Information Technology components or capability.

25. Critical Program Information and Program Protection Planning: The LFRS falls under the Family of Environmental Control Equipment, which contains no CPI elements. Program Protection and CPIs are addressed and covered under the PM EPS overarching Program Protection Plan: this document is currently valid and approved.

26. Request for Draft RFQ for industry comment: This is not being requested. Market research and previous contracting actions has adequately solicited industry comments.

27. Security Requirements: This program is 100% unclassified – this is not applicable.

28. Program Office Points of Contact: During the contract solicitation and build phase, the Point of Contact will be the undersigned. Upon contract award, the Contracting Officer's Technical Representative and the Wide Area Work Flow Acceptor will be GySgt Rick Gardner, 432-3601.

Mike Gallagher

M. A. Gallagher
Program Manager



3

# TAB 2

06 June 2008

# MEMORANDUM TO THE FILE

COMMERCIAL ITEM DETERMINATION

In accordance with the FAR 2.101 definition for a "Commercial Item"(1-8), the following determination is made:

1. Description of Agency Need (See FAR 12.202):

   a. [redacted]

   b. Solicitation Number: **M67854-08-T-50xx**

2. Market Research Effort:

   Market Research, to include a summary of techniques and method and sources used, [X] has / [ ] has not been performed and [X] is / [ ] is not documented in the contract file.

3. Certification:

   I certify that the facts supporting this Determination are accurate and complete to the best of my knowledge and belief.

   Name: Michael Gallagher Signature/Date: Mike Gallagher 6 Jun 2008
   *Program Manager*

4. Determination:

   [X] Subject supply or service is a "Commercial Item" and can be procured under the guidance of FAR Part 12.

   Name: Terence McGinn Signature/Date: ______________________
   *Contracting Officer*

***Note: Commercial Item Determinations are not required for actions procured under FAR Part 8.4.***

# TAB 3

## CHAPTER 5 – LFRS CONTRACT STRATEGY

### 5.1 Major Contract(s) Planned.

The Government will award one contract for the procurement and delivery of the initial lot of LFRS units. Follow-on lots will be procured in the same fashion.

### 5.1.1. Product Description.

The LFRS project has been initiated to procure a commercial-based system that will address the performance objectives set forth in the Statement of Objectives (SOO). Offerors will be responsible to propose back their technical approach in the form of a Product Specification, and the winning contractor will be responsible to manage to this specification, which will be incorporated into the contract.

### 5.2. Contract Type.

The contract for LFRS will each be an E-buy off of GSA Advantage. Follow-on buys will be similarly executed.

### 5.3. Contract Incentives.

[redacted]

### 5.4. Source Selection.

A Source Selection Plan has been developed and approved by the PCO and Lawyer that describes process, procedures, and the organization intrinsic to the program selection process for both the LFRS.

Award will be made to the responsible offeror whose proposal, conforming to the solicitation, will be most advantageous to the Government, price and other factors considered.

The factors and sub-factors contained in the table below are only draft at this time, and will be tentatively be utilized to evaluate proposals received in response to the solicitation.

Operational Effectiveness will be more important than Supportability and Past Performance. Supportability will be more important than Past Performance.

Price will be evaluated but not rated. The importance of price as a factor in the final determination will increase with the degree of equality in the overall technical merit of the proposals and performance objectives.

The factors shown in Figure 5-1, when combined, are significantly more important than price.

[redacted]



[redacted]

**Figure 5-1. Source Selection Factors and Sub-factors .**

| Operational Effectiveness | Supportability | Past Performance |
|---|---|---|
| (a) Technical Approach<br>(b) Pre-existing test certifications<br>(c) Value Added features<br>(d) Management of Configuration and Quality of Products | (a) Publications and Data<br>(b) Warranty provision | No sub-factors |

**5.5. Special Contract Terms and Conditions.**

There are no known unusual contract terms and conditions or any contemplated deviations to the FAR or DFARS.

**5.6. Performance Based Contracting.**

The LFRS will be procured using a Statement of Objectives that describes to offerors the Governments desires for technical capabilities. Offerors will propose back their commercial based Product Specification in accordance with their GSA offering, that will be the basis for management of performance. Since this is not a services type effort, Performance Based Service Contracting methods are not applicable.

**5.7. Post-Production Contracting.**

[redacted]

**5.8. Management Information Requirements.**

Due to the fact that the LFRS is being managed as elements of the family of ECUs, which in total are managed as an Abbreviated Acquisition Program, there are no management information requirements associated with this program.

**5.9. Earned Value Management System (EVMS).**

This effort is below the threshold value of $73 million or more (in FY 2000 constant dollars) that requires EVMS to be utilized; therefore, it will not be utilized. All procurements will be obtained via delivery orders.

**5.10 Small Business Consideration**

[redacted]

[redacted]



[redacted]

# TAB 4

# PROCUREMENT EXECUTION PLAN (PEP) FORM

(Acquisitions greater than 100K)

**PIIN: M67854-**

| Contract Specialist:<br>Contracting Officer: Terrence McGinn | PM/Code: PM EPS | Dollar Amount:<br>$10.M |
|---|---|---|

**CONTRACT CHARACTERISTICS: (Check all that apply)**

| | | |
|---|---|---|
| _X__ FIXED PRICE | ___ COTS | ___ 8(a) COMPETITIVE/NONCOMPETITIVE |
| ___ COST | ___ SERVICES | _X_ GSA E-BUY |
| ___ REQUIREMENTS | _X_ SUPPLIES | ___ OTHER (Comment) |
| ___ TIME & MATERIALS | | |
| _X__ IDIQ | | |

**DESCRIPTION OF PROCUREMENT:**

Procurement of Large Field Refrigeration System, an ISO-20' insulated container with attached refrigeration unit as a single item.

**SELECT THE APPROPRIATE ACTIONS**

| TASK | ORIGINAL DATE | REVISION 1 | REVISION 2 | REVISION 3 | REVISION 4 | ACTUAL DATE |
|---|---|---|---|---|---|---|
| Pre- Acquisition Procurement Conférence | 2 June | | | | | |
| MC-SAMP Approved, if applicable | 2007 | | | | | |
| DD 2579 | N/A | | | | | |
| Commerciality Determination (COTS) | 6 June | | | | | |
| | | | | | | |
| **GSA E-BUY ACQUISITION:** | | | | | | |
| Submission of PR Package to Contracting | 6 June | | | | | |
| GSA E-BUY Posting | 15 June | | | | | |
| Receipt of Quotes | 30 June | | | | | |
| Technical & Price Evaluations of Quotes | 3 July | | | | | |
| MFR Award to PCO | 10 July | | | | | |
| Award of GSA purchase order | 17July | | | | | |
| Postaward Conference | 24 July | | | | | |

**SIGNATURES/CONCURRENCES:**

| Contract Specialist: | Date | Contracting Officer:<br><br>Terry McGinn | Date |
|---|---|---|---|
| **Project Officer:**<br><br>Rick Gardner | **Date**<br>06/06/08 | **Program Manager:**<br>Mike Gallagher<br>Michael Gallagher | **Date**<br>06/06/08 |

# TAB 5

**UNITED STATES MARINE CORPS**
MARINE CORPS SYSTEMS COMMAND
2200 LESTER STREET
QUANTICO, VIRGINIA 22134-6050

IN REPLY REFER TO

4200
CT025/284
15 June 2008

Dear Potential Offeror,

This document shall serve as the official Marine Corps Systems Command Request for Quote (RFQ) for the Large Field Refrigeration System (LFRS) as specified in the attached Statement of Objectives (SOO). Please review the attached documents in support of this RFQ.

This RFQ will serve as the official competitive basis for award.

All interested parties must respond with a formal quotation by 2:00 p.m., local time, on 30 June 2008.

We appreciate your participation in this process, and look forward to receiving your quote. Please feel free to contact Shekela Hutchinson at (703)432-5007, via email at **shekela.hutchinson.ctr@usmc.mil** or Terence McGinn at (703) 432-5028 or via email at **terence.mcginn@usmc.mil** with any questions you may have regarding this request.

Sincerely,

Terence J. McGinn
USMC Contracting Officer

# TAB 6

# STATEMENT OF OBJECTIVES

## LARGE FIELD REFRIGERATION SYSTEM (LFRS)

**Prepared by:**

**Program Manager - Expeditionary Power Systems**

**Marine Corps Systems Command**

**United States Marine Corps**

# Table of Contents

| | | Page |
|---|---|---|
| 1.0 | SCOPE | 3 |
| 2.0 | APPLICABLE DOCUMENTS | 3 |
| 2.1 | Government Documents | 3 |
| 2.2 | Non-Government Documents | 4 |
| 3.0 | REQUIREMENTS | 5 |
| 3.1 | Requirements Trade-Offs | 5 |
| 3.2 | Requirements for ISO Container | 5 |
| 3.3 | Requirements for Refrigeration Unit (RU) | 8 |
| 3.4 | Requirements for LFRS System | 11 |
| 3.5 | Interface and Interoperability Requirements | 13 |
| 3.6 | Transportability | 14 |
| 3.7 | Data Plates and Marking | 17 |
| 3.8 | Finishing, Cleaning, Treating and Painting | 19 |
| 3.9 | Environmental Requirements | 19 |
| 3.10 | System Safety | 20 |
| 4.0 | VERIFICATION & VALIDATION | 22 |
| 5.0 | PACKAGING, SHIPPING, HANDLING & TRANSPORTATION | 22 |
| 6.0 | NOTES | 22 |

Appendix A – SUMMARY OF CRITICAL PERFORMANCE PARAMETERS
Appendix B – UNIQUE IDENTIFICATION

## 1.0 SCOPE

This document covers the United States Marine Corps (USMC) Large Field Refrigeration System (LFRS). The LFRS is made up of two principle components:

- A 20-foot International Organization for Standardization (ISO) compliant, insulated container (referred to as "container"), and
- An electrically powered refrigeration/freezing/heating unit (referred to as "RU").

When the container and the RU are combined, this shall be referred to as the "system". The container shall include certain customizations called out in this specification (i.e. escape panel, interior lighting and a roof access ladder).

## 2.0 APPLICABLE DOCUMENTS

This document is subject to all applicable laws and regulations in effect, unless specifically exempted by the Government. The following Government and Non-government documents form a part of this specification to the extent specified herein. In the event of conflict between the documents referenced herein and the contents of this specification, the contents of this specification shall be considered a superseding requirement. In the event the listed documents have been superseded, the most current version or replacement document shall be used.

### 2.1 Government Documents

| | |
|---|---|
| FED-STD-595B | Colors Used in Government Procurement |
| MIL-STD-130K | Identification Marking of U.S. Military Property |
| MIL-STD-209J | Interface Standard for Lifting and Tie-down Provisions |
| MIL-STD-461E | Requirements for the Control of Electromagnetic Interference Characteristics of Subsystems and Equipment |
| MIL-STD 810F | Environmental Engineering Considerations and Laboratory Tests |
| MIL-STD-882D | System Safety Program Requirements |
| MIL-STD-1366D | Interface Standard for Transportability Criteria |
| MIL-STD-1472F | Human Engineering |
| MIL-HDBK-1791 | Designing for Internal Aerial Delivery in Fixed Wing Aircraft |
| MIL-DTL-53072 | Chemical Agent Resistant Coating (CARC) System Application Procedures and Quality Control Inspection. |
| MIL-P-53022 | Primer, Epoxy Coating, Corrosion Inhibiting, Lead and Chromate Free |
| MIL-P-53030 | Primer Coating, Epoxy, Water Reducible, Lead and Chromate Free |
| MIL-STD-810F | Environmental Engineering Consideration and Laboratory Tests |
| Title 49 CFR | Code of Federal Regulations (CFR) – Transportation, Parts 450-453 |
| MIL-STD-913 | Requirements for the Certification of Sling Loaded Military Equipment for External Transportation by Department of Defense Helicopters. |
| MIL-STD-1366 | Interface Standard for Transportability Criteria |
| MIL-STD-1474 | Noise Limits |
| MIL-STD-38784 | Standard Practice for Manuals, Technical |
| MIL-STD-35051 | Preparation of Digital Technical Information |
| OSHA 29 CFR 1910 | Occupational Safety and Health Administration Standards |

Table 1: Government Documents

## 2.2 Non-Government Documents

| | |
|---|---|
| ISO 6346 | Freight Containers - Coding, Identification and Marking |
| UL 969 | Marking and Labeling Systems |
| ISO 668 | Series 1Freight Containers - Classification, Dimensions and Ratings |
| ISO 830, | Freight Containers – Terminology |
| ISO | Freight Containers |
| ISO 1496-1 | Series 1 Freight Containers - Specification and Testing - Part 1: General Cargo Containers for General Purpose |
| ISO 1496-2 | Series 1 Freight Containers - Specification and Testing - Part 2: Thermal Containers |
| ISO 1161 | Series 1 Freight Containers - Corner Fittings – Specifications |
| CSC | International Convention for Safe Containers |
| ASTM F883 | Standard Performance Specification for Padlocks |
| NSF Standard/ANSI No. 2 | Food Service Equipment |
| NSF Standard No. 2 C-2 | Food Service, Special Equipment and/or Devices |
| NSF Standard/ANSI No. 7 | Food Service Refrigerators and Storage Freezers |
| NFPA Standard No. 70 | National Electrical Code |
| NEMA Standards Publication No. 250 | Enclosures for Equipment, Electrical (1000V Maximum) |
| UL Standard 353 | Limit Controls - CE marks directives 73/23/eec-low voltage (safety objective for electrical equipment) |

Table 2: Non-Government Documents

## 3.0 REQUIREMENTS

Unless otherwise specified herein, the LFRS system shall comply with the requirements of ISO 1496-2 as applicable. The container shall have one set of double doors (located on the 8 foot by 8 foot side) with the refrigeration unit on the opposite wall facing the double doors. Containers shall meet the requirements for a 20-foot (1C) ISO container with forklift pockets as specified in ISO 1496 and 668.

### 3.1 Requirements Trade-Offs

This document maximizes the use of commercial items and commercial standards to meet a military need. With the exception of specifications that are identified as **Critical Performance Parameters (CPP)** that cannot be violated, all other requirements are tradable.

It is the offerors responsibility to offer his Best Value solution, taking into account all technical, cost, schedule, and quality aspects of the offered solution.

Summarized in Appendix A is a table below are all CPPs:

### 3.2 Requirements for ISO Container

3.2.1 Type: The container shall be a 20x8x8 Size 1C ISO 1496-2 type 41 container. Note the only approved variations from ISO are called out in this specification.

3.2.2 Type: The container shall be of new construction (pre-owned container is not acceptable). **(CRITICAL PERFORMANCE PARAMETER).**

3.2.3 Type: The containers interior shall be designed and manufactured in accordance with NSF Standard No. 2, C-2 and 7.

3.2.4 Interior: Interior shall be designed to insure air flow in and around all cargo to insure uniform distribution of conditioned air.

3.2.5 Interior: Sensor shall be properly placed to insure measurement of the representative container temperature and not just at the RU end.

3.2.6 Dimensions: Dimensions and tolerances for the container and system shall be fully compliant with International Organization for Standardization specifications for shipping containers.

3.2.7 Dimensions: Nominal external dimensions are 8 feet by 8 feet by 20 feet for the overall system **(CRITICAL PERFORMANCE PARAMETER).**

3.2.8 Sanitary Conditions: The interior surfaces of the container shall be "food grade," corrosion resistant, NSF approved stainless steel. It is desired that this requirement include the refer unit bulk head.

3.2.9 Sanitary Conditions: All surfaces inside the container shall be designed to the criteria of NSF Standards No. 2, C-2.

3.2.10 Sanitary Conditions: The interior surfaces of the container shall facilitate cleaning and sanitizing using a high-pressure washer, steam cleaning and other conventional cleaning methods using mild cleaning detergent.

3.2.11 Floor Drains: The container floor shall be leak proof, and have floor drain(s) to provide complete and total drainage.

3.2.12 Floor Drains: The drains shall open automatically when subjected to pressures above normal internal pressure.

3.2.13 End Doors: The container shall have two doors that provide full access to the width and height of its interior.

3.2.14 End Doors: Both end doors shall be hung within the rear end frame.

3.2.15 End Doors: The doors shall be secured in such a manner as to prevent access to the interior of the container without leaving visible signs of tampering.

3.2.16 End Doors: Each door shall be provided with anti-rack provisions.

3.2.17 End Doors: All moving parts of the door locking mechanism shall be permanently lubricated.

3.2.18 End Doors: Means shall be provided to hold the doors in the full open position and shall not scrape or chafe the container when the doors are closed.

3.2.19 End Doors: The container shall have a door gasket for weatherproofing when in the closed condition.

3.2.20 End Doors: The door gasket material shall be satisfactory for use in ambient temperatures of -40 °F to +131 °F.

3.2.21 End Doors: The door gasket and the entire door assembly shall be easily replaceable and repairable in the field without special tools.

3.2.22 End Doors: The hardware fasteners used for securing the hinges and closing devices to the container doors shall be secured in such a manner as to prevent access to the interior of the container.

3.2.23 End Doors: No door hardware shall extend beyond the ISO corner fittings or overall ISO dimensions.

3.2.24 Air Curtain: The container door openings shall have removable commercial grade, heavy-duty vinyl strips that discourages exfiltration when the doors are open.

3.2.25 Air Curtain: The curtain shall block ambient air from entering the container when the doors are open.

3.2.26 Air Curtain: The curtain shall be easily installed, removed and re-installed as necessary in the field without special tools.

3.2.27 Emergency Escape: The right hand door of the container shall have an emergency internal release handle or an emergency escape hatch (minimum 15 inches wide x 34 inches high) to allow the door or the hatch to open from the inside to permit a person in the container to exit when the container is padlocked on the outside **(CRITICAL PERFORMANCE PARAMETER).**

3.2.28 Emergency Escape: This escape means shall have luminescent strips to direct an individual to the egress.

3.2.29 Padlock: Each container shall be supplied with a captive padlock conforming to ASTM F883 and shall be furnished with two keys.

3.2.30 Padlock: All locking device handles shall be furnished with provisions for padlocking and customs sealing according to ASTM F883-04.

3.2.31 Roof: The container roof shall be self-draining, prevent water pooling, and prevent water from both entering the container and/or causing component damage.

3.2.32 Roof: The roof shall be capable of supporting, without damage or degradation a uniformly distributed load of 40 pounds per square foot over the entire surface.

3.2.33 Roof: The roof shall be capable of supporting, without damage or degradation a concentrated load of 660 pounds over a 1 foot x 2 foot area, applied anywhere on the roof.

3.2.34 Roof: The roof and its roof strength (per ISO 1496-2) shall allow less than ¼ inch permanent deflection under any prescribed loading condition.

3.2.35 Roof: The roof of the container shall be furnished with a non-slip surface.

3.2.36 Roof: The roof of the container shall support the weight of all personnel and equipment necessary to complete set up, tear down, operational procedures, rigging procedures and maintenance tasks which take place on the roof without damage or degradation.

3.2.37 Roof Access: The container shall have safe roof access steps and handholds enabling ground level personnel to safely access the roof level of the container.

3.2.38 Roof Access: All steps/handholds shall be permanently attached to the exterior of the container and shall comply with transportation requirements.

3.2.39 Roof Access: Each step/handhold shall be capable of supporting at least 400 pounds and

shall not extend beyond the container footprint.

3.2.40 Cargo Restraint: Each container shall be provided with an internal cargo restraint system.

3.2.41 Cargo Restraint: The restraint system shall be capable of restraining cargo at increments of no more than 18 inches in height the full length of the container from 12 inches above the floor to within 12 inches of the ceiling. Wall restraint shall be of commercial design such as "E track" or similar system to insure ready availability of bars, straps, and other load handling fittings for use with the chosen track system.

3.2.42 Cargo Restraint: Tie-downs shall be positioned so that one tie-down is near each corner and the remaining 8 are equally spaced along long walls

3.2.43 Cargo Restraint: Tie-downs shall correspond to the tie-downs across the container to the opposite wall.

3.2.44 Cargo Restraint: All tie-downs shall be capable of accepting one-inch wide metal strapping without tearing the strapping.

3.2.45 Cargo Restraint: Adequate clearance shall be provided at the tie-down for installation of the metal hook of adjustable web strapping.

3.2.46 Cargo Restraint: All tie-downs shall not create a direct thermal short to the outside of the container.

3.2.47 Cargo Restraint: All tie-downs shall withstand a minimum 2,000-pound load at a 45-degree pull angle without permanent deformation.

3.2.48 Cargo Restraint: The tie-down provisions shall restrain the load without weld failure, permanent deformation, cracking, loosening, or breaking of the provision or its connecting structural components.

3.2.49 Corner Fittings: The container shall have corner fittings located on all eight corners.

3.2.50 Corner Fittings: The corner fittings shall conform to the dimensional and strength requirements of ISO 1161.

### 3.3 Requirements for Refrigeration Unit (RU)

3.3.1 ISO: The system shall meet the requirements for 20 foot ISO in accordance with 1496-2 Type 41 (low voltage or dual voltage) container in conformance with ISO 668 (1C) for dimensions. Note: The Marine Corps requires primary of 208 volts 3 phase which is counter to ISO1496

3.3.2 Operation Modes: The Refrigeration Unit (RU) shall provide automatically regulated refrigeration, freezing, and heating capability **(CRITICAL PERFORMANCE PARAMETER)**.

3.3.3 Electrical: The RU shall operate on 208/230 Voltage Alternating Current (VAC), 3-phase, 60-Hertz (Hz) electric power (**CRITICAL PERFORMANCE PARAMETER**).

3.3.4 Electrical: It is desired for the RU to operate on worldwide voltages of 180 - 230 VAC, 3-phase, 50 or 60Hz electric power, and 380-490 VAC 60 HZ.

3.3.5 Electrical: A power input cable shall be provided with at least 50 feet length.

3.3.6 Electrical: The power cable shall be provided with an IEC 60309, 5 wire, 3-phase, 208 VAC electrical pin and sleeve plug rated at 60 amps, type 560P9W or 30 amps 530P9W

3.3.7 Electrical: If dual voltage, the RU shall have a separate cord with the ISO 1496-2 specified plug for the high voltage input.

3.3.8 Electrical: The power cord shall have an onboard secured storage to prevent the cable from hanging and interfering with transportation, maintenance and proper system operation.

3.3.9 Electrical: The power cord shall be SWOO rated.

3.3.10 Electrical: It is desired that the RU automatically adjust the phase sequence of the input power.

3.3.11 Interface: The RU shall be designed for use with the prescribed refrigerated containers.

3.3.12 Interface: The RU shall adhere to a standard commercial RU mounting pattern.

3.3.13 Interface: When mounted, the RU shall not extend beyond the ISO container corner fittings.

3.3.14 Interface: RU mounting shall be such that one refrigeration units can be interchanged with another other refrigeration units.

3.3.15 Supportability: The RU shall be capable of operating a minimum of 300 hours between scheduled maintenance actions.

3.3.16 Supportability: The Mean-Time-Between-Failure for the RU shall be 2500 hours with confidence of 80% or greater.

3.3.17 Supportability: No tool shall be required for operation of the RU.

3.3.18 Supportability: The RU shall not incorporate any components that are long lead items requiring greater than 60 days from order-to-delivery (Continental US delivery).

3.3.19 Sound Level: The RU shall not exceed 75 dB(A) 1.5 meter in front and above lower corner castings.

3.3.20 Operation: The RU when mounted to the system shall operate properly and maintain selected conditions at thermostat settings of 0 °F and 35 °F throughout the container.

3.3.21 Operation: The RU shall hold set point +/- 2 F of entire time regardless of external environmental temperature change.

3.3.22 Operation: The RU shall operate properly with suction and discharge pressures safely controlled.

3.3.23 Temperature Control: The selected temperature of the refrigeration units shall be controlled automatically.

3.3.24 Temperature Control: The temperature control shall allow an incremental selection of normal refrigerator/freezer temperatures.

3.3.25 Temperature Control: The RU temperature control shall allow selection of the set temperature by degrees Fahrenheit. The system shall allow temperature settings between -10 °F and 70 °F.

3.3.26 Cooling Capacity: The RU shall be sized to insure a minimum performance to pull-down and maintain the container interior, in a 131 °F external temperature environment, to set temperatures of 32 °F and 0 °F degrees when selected. **(CRITICAL PERFORMANCE PARAMETER).** It is desired to pull-down to a set temperature of 32 °F in less than 75 minutes and at 0 °F degrees in less than 140 minutes.

3.3.27 Heating Capacity: The RU shall be designed and capable of providing sufficient heating capacity to maintain 60 °F at ambient temperatures as low as -25 °F.

3.3.28 Defrost System: The RU shall have a defrost cycle automatically initiated and controlled (if by time control adjustable between 1 and 12 hours).

3.3.29 Defrost System: The RU shall have a drainage system for the collection and discharge of condensate.

3.3.30 Drainage System: All condensate shall be drained to the outside of the refrigeration unit and insulated container through a protected drain.

3.3.31 Moisture Content: The moisture content within the refrigeration system shall be kept at a minimum to maintain proper operation of the RU.

3.3.32 Refrigerant Leakage: Refrigerant containing components shall be gastight.

3.3.33 Refrigerant Leakage: Refrigerant containing components shall possess a leakage rate no greater than 1 ounce per year when leak tested using calibrated leak testing equipment.

3.3.34 Refrigerant: The refrigerant used in the RU shall be commercially available and fully compliant with Clean Air Act for the life of the contract. **(CRITICAL PERFORMANCE**

**PARAMETER).**

3.3.35 Refrigerant: The refrigerant shall be commercially available, non-ozone depleting, and environmentally safe Class I ozone-depleting substances as determined by the Environmental Protection Agency. A listing of ozone-depleting substances prohibited from use can be found in publication SD-14 "Listing of Toxic Chemicals, Hazardous Substances and Ozone-Depleting Chemicals". It is available from the Standardization Document Order Desk, 700 Robbins Avenue, Building 4D, Philadelphia, PA 19111-5094.

3.3.36 Refrigerant: The refrigerant shall not be contained in, and shall be prohibited from use during the fabrication of the refrigeration units.

3.3.37 Transportability: The RU when external to the container shall be able to be safely handled by a forklift truck.

3.3.38 Operation on the move: The RU shall be able to operate while mounted to the container that is mounted on a moving truck or ship.

3.3.39 Control Panel: The RU shall provide a control panel on the exterior of the container or on the exterior of the RU.

3.3.40 Control Panel: The control panel refrigeration units shall have, but not limited to, the following items:

- Start, run, stop switch
- Operation indicator
- Refrigerator temperature control
- Vapor proof Pressure reading indicators
- Vapor proof Refrigerator interior temperature indicator
- Defrost operation indicator
- Heating cycle operation indicator
- Refrigeration cycle operation indicator
- Weather tight hour meter
- Manual defrost switch and controls
- Built-in power supply circuit protection (properly sized and rated) to protect the entire refrigeration system and all other electrical devices.
- Temperature out set of limit alarm.

### 3.4 Requirements for LFRS System

3.4.1 Weight: The system shall not exceed the load handling capabilities of the vehicle that is transporting the system and shall meet all of the weight restrictions dictated by the ISO certifications.

| Weights and Ratings | |
|---|---|
| Maximum Gross Weight | 52,900 lbs |
| Maximum Tare Weight (including the refrigeration unit) | 9,990 lbs |

| | |
|---|---|
| Payload Minimum | 41,400 lbs |

Table 3: Weights and Ratings

3.4.2 Lighting: The system shall be furnished with an adequate lighting/switch system for illuminating the interior of the container. Lighting shall be placed to allow enough light for reading of package labels and anywhere within a loaded container.

3.4.3 Lighting: All light switches shall be either flush mounted, or in a protected location.

3.4.4 Lighting: All lighting systems shall be both vapor proof and shatterproof. (LEDs are acceptable).

3.4.5 Lighting: All wiring shall be protected in a waterproof and corrosion resistant conduit.

3.4.6 Lighting: Power for lighting shall be supplied from the RU to the lighting system via a type SWOO power cable of sufficient length to allow for quick and safe connections.

3.4.7 Lighting: The RU shall have a socket to provide correct power to the lighting system mounted in the container Regardless of input voltage.

3.4.8 Insulation: Air leakage of the container shall not exceed 5 cubic meters per hour (355 cubic feet per hour) at a pressure of 1 inch of water column.

3.4.9 Insulation: Heat infiltration or loss through the container shall be minimized and a value of less than 26 Watts per Kelvin (K) with a mean wall temperature of 295 K to 305 K.

3.4.10 Insulation: A high quality insulating material shall be utilized to insulate the floor, ceiling, walls, doors, etc. to achieve a minimum heat leakage value.

3.4.11 Insulation: Insulation shall be of a material that can not shift, pack down, distort or compress with time, environmental conditions, or mechanical impact.

3.4.12 Insulation: The system design shall minimize the potential for fire damage to equipment through selection of fire retardant and self–extinguishing construction materials. Such materials include, but are not limited to wall, roof and floor construction materials, wall ceiling, floor coverings and finishes.

3.4.13 Insulation: Only materials and products having a rating of Class 1 and ASTM flame spread rating of less than 25 shall be used.

3.4.14 Wiring: All wiring shall be non-Teflon and non-chlorofluorocarbon (CFC) based and rated to 221 degrees Fahrenheit (°F).

3.4.15 Pressure Relief: To prevent excessive pressure differential between the outside and inside of the container, a mechanism to relieve pressure in a safe location and manner shall be

provided. This mechanism shall be automatic, with no user interaction required to operate or reset.

3.4.16 Temperature Recording System: The system shall provide a shock-mounted, 31-day temperature recorder, mounted in a weatherproof case having a reading range of -20 °F to +60 °F.

3.4.17 Temperature Recording System: Once initialized, the recorder shall automatically record the interior temperature.

3.4.18 . Temperature Recording System: The recorder shall be mounted on the exterior end wall (opposite the door end) of the refrigeration unit area of the container

3.4.19 Temperature Recording System: The temperature sensing device shall be protected to prevent damage from loading and cleaning operations.

3.4.20 Temperature Recording System: Digital systems are acceptable if they retain data for at least 6 months and can operate over the proscribed temperature range

3.4.21 Temperature Recording System: A built-in printer is desirable

3.4.22 Temperature Recording System: No fewer than 40 temperature recording chart sheets shall be provided if a paper chart type temperature recorder is provided. If temperature recording chart sheets are provided, safe storage for them will be incorporated into the LFRS system.

3.4.23 Temperature Recording System: The recorder may be part of the RU if the sensor can be placed to insure representative interior temperatures.

3.4.24 Operator Manual: Each system shall be provided with an over-pack of a paper version of the Combined Organizational / Intermediate Level Operations and Maintenance Manual.

3.4.25 Manual Holder: One waterproof manual holder shall be securely fastened to the exterior of the front insulated wall of the container (end farthest from door).

3.4.26 Manual Holder: The closing and latching devices of the holder shall be capable of repeated opening and closing without tools and without impairing their sealing quality.

3.4.27 Manual Holder: The door of the manual holder shall be captive to the manual holder when opened.

3.4.28 Manual Holder: The interior dimensions of the holder shall be not less than 12 inches long by 9 inches wide by 5 inches deep.

### 3.5 Interface and Interoperability Requirements:

3.5.1 Dimensions: Dimensions, tolerances and diagonal differences of the system shall meet the requirements specified in ISO 668 for type 1C containers and ISO 1496-2 Type 41, except

the minimum interior dimensions shall be no less than 87 inches wide, 191 inches long and 83 inches in height.

3.5.2 RU Interface: The end wall opposite the end wall with doors shall have an opening for mounting a standard commercial refrigeration unit and shall be located centered between the upper ISO corner fittings.

3.5.3 Interchangeability and Ease of Maintenance: Component parts of the container of RU, which are replaceable, shall be interchangeable with the same parts of other containers or RUs furnished under the same contract.

3.5.4 Maintenance: All assemblies and installed attachments shall be accessible for preventive maintenance actions without requiring the removal of other major assemblies and installed attachments not normally removed.

3.5.5 Structural Requirements: The system shall be structurally suitable for conveyance by road, rail, air, and sea, including interchange between these forms of transport without damage to the prime mover, the container, the RU, or the system's cargo.

3.5.6 Certification. The system shall be certified as meeting Convention for Safe Containers certification for transport by a qualified independent certification agent. **(CRITICAL PERFORMANCE PARAMETER).**

3.5.7 Approval Plates and Consolidated Data Plate. An International Convention for Safe Containers (CSC), Transport International des Routiers (TIR), and Timber Component Treatment Requirements of the Australian Department of Health (TCT) plates or plaques shall be applied for and obtained from a designated approval authority and attached and displayed as required by the convention, in accordance with CFR 49, Chapter 4, parts 450, 451, 452, and 453. Any additional requirements of the approval authority shall be met.

3.5.8 Approval Plates and Consolidated Data Plate. Each container shall be affixed with the seal of the approval authority.

3.5.9 Approval Plates and Consolidated Data Plate. The LFRS system Consolidated Data Plate or equivalent shall meet the requirements of 49CFR, subpart C.

3.5.10 Quality: The system shall be designed and manufactured under sufficient quality control in plants which have been approved by internationally authorized classification societies, such as: B.V. Bureau Veritas (France) ; A.B.S. American Bureau of Shipping (U.S.A.); L.R. Lloyd's Register of Shipping (U.K.); and / or G.L. Germanischer Lloyd (Germany).

### 3.6 Transportability

3.6.1 Structural Requirements: The system shall meet all ISO freight container requirements related to cargo containers including, but not limited to, a 9 high container stacking test and shall meet all Coast Guard requirements for safe containers. **(CRITICAL PERFORMANCE PARAMETER).**

3.6.2 Transportation Modes: In the transportation mode, the system shall meet all military and commercial transportability requirements both empty and when fully loaded with cargo (to the limitations of the transport mode).

3.6.3 Transportation Modes: The system shall be capable of rail and tactical truck transportation without damage or degradation to the container or RU, or its transportation asset and without damage to internal fastening devices (e.g., tie-down systems, shelving, blocking, or bracing).

3.6.4 Fork Lift: The container shall have forklift pockets for two-way forklift entry.

3.6.5 Fork Lift: The width of each fork pocket shall conform to ISO 1496-2, Annex C.

3.6.6 Fork Lift: The height of the fork pocket shall be minimum 102 mm high.

3.6.7 Fork Lift: The spacing of forklift pockets shall conform to ISO 1496-2, Annex C for unloaded containers

3.6.8 Fork Lift: All fork lift pockets shall not create a direct thermal short to the outside of the container.

3.6.9 Fork Lift: All fork lift tubes shall be reinforced to protect container from tine damage

3.6.10 Fork Lift: The container forklift pockets shall allow the system to be safely carried in all circumstances when it is in the unloaded configuration.

3.6.11 Fork Lift: The container forklift pockets shall be correctly spaced, sized and positioned to allow the fully-loaded container to be lifted and moved safely using military and commercial fork lifting equipment (with proper lifting capacity) without causing any damage or deformation to the container, RU, or the forklift. **(CRITICAL PERFORMANCE PARAMETER).**

3.6.12 NATO Country Transportable: The system shall be rail transportable in NATO countries without restrictions.

3.6.13 Rail Impact: The shall be capable of successfully meeting and passing the rail impact test of MIL-STD-810, Method 516.5, Procedure VII (rail impact). Following test, the system shall operate correctly and exhibits no damage, permanent deformation or abnormality during or following rail transport.

3.6.14 Transportation Induced Shock (Drop Test): The system integrated with all ancillary components and pay loaded to its Maximum Gross Weight rating shall operate properly after being subjected to the 6-inch Flat Drop and Rotational Drop Tests specified in ASTM-E-1976 without any damage or degradation. The only exception, to ASTM-E-1976, is that system shall be fully loaded for the entire duration of testing.

3.6.15 Ground Mobility: The system shall meet the requirements of MIL-STD-810 Method 514.5, Vibration, Procedure III. Note: The fully loaded configuration for each prime mover refers to the rated maximum allowable weight that can be lifted and/or transported by prime movers.

3.6.16 Ground Mobility: The system at Maximum Gross Weight and mounted on a prime mover shall be capable of transportation over primary roads, secondary roads and cross-country terrain of the US Army Aberdeen Test Center as defined below:

| **Surface/Test Course** | **Prime Mover Mileage** | **Max. Speed (MPH)** | **Average Speed (MPH)** |
|---|---|---|---|
| Highways - paved roads (miles) (Perryman straightaway) | 200 miles | 60 | 50 |
| Gravel roads (miles) (Munson gravel road course) | 100 miles | 20 | 10 |
| Cross-country (unimproved) (Perryman cross- country ((secondary road "A")) | 100 miles | 20 | 10 |
| Cross-country (unimproved) (Perryman gun mount) ((secondary road "B")) | 200 miles | 20 | 10 |
| Belgian block (Munson Belgian block) | 300 miles | 20 | 10 |
| Coarse Washboard (6 inch wave; 72 inches apart) | 1 lap | | 3 |
| Radial washboard (2 to 4-inch waves) | 1 lap | | 3 |
| Two-inch washboard | 1 lap | | 3 |

Table 5: Ground Mobility

3.6.17 Operation after movement: The system shall be capable of operating properly and maintaining set point cargo temperature after ground mobility testing. .

3.6.18 Operation after movement: The system shall withstand the shocks and vibrations encountered in ground transportation and operate properly without damage or degradation to the system.

3.6.19 Shipboard Operation: The RU shall meet the following performance parameters for shipboard operation:

| **Ocean Environment** | **Salinity and high relative humidity, severe atmospheric conditions (temperature, wind, rain, spindrift variations)** |
|---|---|
| Rolling | Amplitude of 30° on each side, period of 13 seconds |
| Pitching | Amplitude of 6°, period of 8 seconds |
| Permanent List | 10° on each side |
| Shock | Acceleration, longitudinal of 2g; vertical of 5g |
| Vibration | As encountered by the following types of transport: naval, land (vehicular) and rail |
| Ambient Range | -25 °F to +131 °F |

Table 7: Operating Conditions

### 3.7 Data Plates and Marking

3.7.1 Markings: Markings shall be s permanent as the normal life expectancy of the marked item, and shall be capable of withstanding the environmental conditions and cleaning procedures for the marked item.

3.7.2 Markings: The method of marking shall be such that it does not adversely affect the life and utility of the marked item.

3.7.3 Exterior Marking. The container shall be identified and marked with white paint in accordance with ISO 6346 for the below listed requirements that are applicable.

3.7.4 CARC Marking: The contractor shall stencil in one (1) inch letters on the exterior of the left hand door panel in the area below the CSC data plate: "CARC" and the month and year the container was painted, using two digit numerical formats (if applicable).

3.7.5 Center of Balance: "CENTER OF BALANCE" shall be stenciled at the longitudinal center of balance of the empty container, equipped with restraint system and RU. The container shall be stenciled on both sides with a 4-inch high vertical arrow and letters 2 inches high at the longitudinal center of balance.

3.7.6 Empty Container Lift Only: "Empty Container Lift Only "Shall be marked over the appropriate fork pockets on each side.

3.7.7 Manual: "MANUAL HOLDER" shall be stenciled on the manual holder in white lettering 0.50 inch high.

3.7.8 Other Markings: Any other safety markings shall be stenciled when required for warning personnel concerning safety hazards that may be encountered upon removal of barriers, guards or doors.

3.7.9 Interior Marking. The container serial number shall be stamped on the interior surface of the top rail or side rail curbside at the door end.

3.7.10 Interior Markings: The following shall be stenciled in 1-inch high white lettering on the interior surface under the evaporation exit: "WARNING: DO NOT BLOCK AIR CIRCULATION." And "Max Load Height"

3.7.11 Markings: Identification, instruction, control and gage plates shall be of corrosion-resistant material permanently attached to the outside of the refrigeration unit.

3.7.12 Markings: Numbering and lettering shall be legible and permanently inscribed and shall be no less than 1/16 inch in height.

3.7.13 Markings: All plates shall blend with the framed enclosure finish and shall have a non-reflective surface.

3.7.14 Markings: Labels shall be provided to identify operator or maintainer-related controls, displays, access covers, refrigerant lines, and cable connectors, except where it is obvious to the operator what an item is and its function and operation.

3.7.15 Markings: Controls shall be labeled to indicate functional result of control movement (e.g., "ON", "OFF", "INCREASE", etc.).

3.7.16 Markings: Labeling may be accomplished by marking directly on the item itself, or by mounting of a label with the pertinent information.

3.7.17 Markings: Identification markings of control devices and connections shall be shown on all diagrams and shall coincide with markings on all items, which are identified in the applicable schematic or wiring diagram.

3.7.18 Instruction Plates. Instruction plates shall contain the wiring and refrigeration cycle diagrams, instructions for start-up, operation, shutdown and preventive maintenance.

3.7.19 Control and Gage Nameplates. All controls and gages shall have identifying nameplates.

3.7.20 Markings: All markings shall be visible and legible.

3.7.21 Markings: Variable controls, such as temperature controls, shall be labeled with a symbol for a Continuously Variable Control conforming to SAE J1362, symbol 8.7.3.

3.7.22 Markings: No deterioration, corrosion, or damage to any marking, labels, information plates, or the plates and fasteners utilized for marking shall be observed when the system is subjected to the environmental conditions specified herein.

3.7.23 Markings: Marking materials creating hazardous conditions shall not be used.

3.7.24 Refrigeration Diagrams: An accurate Refrigeration System Schematic shall be provided and permanently attached to the RU or the container.

3.7.25 Refrigeration Diagrams: Identification markings of control devices and connections shall be shown on all diagrams and shall coincide with markings on all items, which are identified in the applicable schematic or wiring diagram.

3.7.26 Electrical Wiring: Electrical wiring shall be marked to allow identification with the wiring diagram.

3.7.27 Consolidated Data Plate: The systems Consolidated Data Plate or equivalent shall meet the requirements of 49CFR, subpart C.

3.7.28 Markings: Safety markings and labels shall comply with ANSI Z535.4 or UL 969.

3.7.29 Markings: The system shall have appropriate warning labels and instructions to assist personnel with safe operation and emergency procedures.

3.7.30 Electrical: Voltages in excess of 70V shall use the signal word "WARNING" or "DANGER".

3.7.31 Electrical: Markings, warnings, or data plates shall not be removed when a barrier or access door is opened or removed.

3.7.32 Identification Plate: An Identification Plate for the RU shall be provided and permanently attached to the housing in a location where it is visible **(CRITICAL PERFORMANCE PARAMETER).** The identification plate shall contain the following information:

- U.S.M.C Container Refrigeration Unit
- National Stock Number (NSN)
- Serial number
- Manufacturer's name and address
- Manufacturer's model number
- Commercial and Government Entity (CAGE) number
- Weight
- Refrigerant used
- Refrigerant Charge (in lbs and oz)
- UID (see Appendix B)

## 3.8 Finishing, Cleaning, Treating and Painting

3.8.1 Paint: Except where detrimental to proper operation, external surfaces of the container and RU shall be cleaned, treated, primed and top coated in accordance with MIL-DTL-53072.

3.8.2 Paint: The word "CARC" (Chemical Agent Resistant Coating System) together with the month and year of finishing shall be stenciled near the identification plate in block letters not less than one-inch high using lusterless chemical agent resistant paint.

3.8.3 Paint: Unless otherwise specified (see 6.2), after cleaning, treating and priming all exterior surfaces, the container shall be painted color "Green 383" Color No. 34094 or "Tan 686A" Color No. 33446 of FED-STD-595.

3.8.4 Paint: All potential, operational and personnel hazards shall be identified to the end user with permanent stenciling, non-reflective placards or labels.

## 3.9 Environmental Requirements

3.9.1 Ambient Temperature: The RU shall start (with the entire system conditioned at the ambient temperature) and operate in ambient external temperatures from -25 °F to +131 °F **(CRITICAL PERFORMANCE PARAMETER).**

3.9.2 The containers shall operate and be functional in ambient temperatures from -40 °F to +131 °F.

3.9.3 Weatherproof: The container shall be weather-tight per ISO 1496-1 and -2.

3.9.4 Corrosion Resistance: The interior (NSF SS) and exterior (MGSS) of the container shall withstand exposure to a salt fog atmosphere and various forms of deterioration that may be encountered when shipping by road, rail, ship or during storage without evidence of corrosion.

3.9.5 Storage: The system shall be able to be stored in direct sun and in environments ranging from -60 to 160 °F.

3.9.6 Storage: The system shall be capable of going directly into operation from storage without maintenance.

3.9.7 Rainfall: The refrigeration unit shall operate in rainfall of not less than 3 inches per hour.

3.9.8 Shock and Impact: The refrigeration units shall be operable while being subjected to shock and impact encountered while mounted on a truck.

3.9.9 Electromagnetic Compatibility: When specified (see 6.2), the refrigeration units shall not exceed radiated emission (RE102) limits for ground applications (Navy fixed and AF) over a range of 2 megahertz (MHz) to 350 MHz or the conducted emission (CE102) limits.

3.9.10 Corrosion Resistance: The refrigeration unit shall operate after exposure to a salt fog atmosphere and various forms of deterioration that may be encountered when shipping by road, rail, ship, or during storage without evidence of corrosion.

### 3.10 System Safety

3.10.1 The refrigeration units shall minimize flammability, operational and personnel hazards.

3.10.2 All personnel hazards shall be identified with labeling or stenciling to the user/maintainer.

3.10.3 All placards shall be easily noticeable, recognizable, and understandable. Safety markings and labels shall comply with ANSI Z535.4 or UL 969.

3.10.4 The system shall have an appropriate reset-table high-pressure cutout switch, or equivalent, protection to the RU.

3.10.5 If a high-pressure switch is used, it shall be set in accordance with the RU manufacturer's specification.

3.10.6 The system shall have an appropriate re-settable low-pressure cutout switch, or equivalent, protection to the RU.

3.10.7 If a low-pressure switch is used, it shall be set in accordance with the RU manufacturer's specification.

3.10.8 All rotating or reciprocating parts and parts subject to high operational temperatures that are of such nature or so located as to be a hazard to operating personnel shall be guarded or insulated to the extent necessary to eliminate the hazard.

3.10.9 Any surfaces, which, in normal operation, expose personnel to temperatures in excess of 140 °F as a result of inadvertent contact or 120 °F during handling shall be appropriately guarded.

3.10.10Surface temperatures induced directly by the climatic environment are exempt from this requirement.

3.10.11A circuit breaker shall be installed in/on the RU which, when activated, shall cut off all power into the RU.

3.10.12The RU shall use no fuses.

3.10.13All electrically hot contacts shall be socket contacts.

## 4.0 VERIFICATION & VALIDATION

Not applicable

## 5.0 PACKAGING, SHIPPING, HANDLING & TRANSPORTATION

5.1 Packaging. All equipment shall be preserved, packed and marked in accordance with commercial practices.

5.2 Shipping: Systems and individual RUs shall be processed per the contract and the approved Shipment and Storage (S&S) Instruction to be provided by the contractor. S&S instruction shall protect RUs during shipment handling, and temporary storage not to exceed 90 days from date shipped. Adequate protection and security shall be given to equipment and components susceptible to loss or damage from pilferage, vandalism, vibration corrosion, or other environmental deterioration, and any other conditions incidental to distribution of the vehicles.

5.3 Deprocessing: The contractor shall prepare and provide with each system deprocessing instructions as necessary to allow receiving personnel to place the ECU in full operating condition.

5.4 Deprocessing: The system shall not require greater than 1 man-hour to de-process and put into military service.

5.5 RU Charge: The RU shall be fully operational and the refrigeration system leak tested prior to delivering each unit to the Government.

## 6.0 NOTES

6.1 This document is available in MS Word upon request from the Contracting Officer.

## APPENDIX A

## SUMMARY OF CRITICAL PERFORMANCE PARAMETERS

| Paragraph | Title | Parameter |
|---|---|---|
| 3.2.2 | Type | The container shall be of new construction (pre-owned container is not acceptable). |
| 3.2.7 | Dimensions | Nominal external dimensions are 8 feet by 8 feet by 20 feet for the overall system |
| 3.2.27 | Emergency Escape | The right hand door of the container shall have an emergency internal release handle or an emergency escape hatch (minimum 15 inches wide x 34 inches high) to allow the door or the hatch to open from the inside to permit a person in the container to exit when the container is padlocked on the outside |
| 3.3.2 | Operation Modes | The Refrigeration Unit (RU) shall provide automatically regulated refrigeration, freezing, and heating capability |
| 3.3.3 | Electrical | The RU shall operate on 208/230 Voltage Alternating Current (VAC), 3-phase, 60-Hertz (Hz) electric power |
| 3.3.26 | Cooling Capacity | The RU shall be sized to insure a minimum performance to pull-down, and maintain the container interior, in a 131 °F external temperature environment, to set temperatures of 32 °F and 0 °F. |
| 3.3.34 | Refrigerant | The refrigerant used in the RU shall be commercially available and fully compliant with the Clean Air Act for the life of the contract. |
| 3.5.6 | Certification | The system shall be certified as meeting Convention for Safe Containers certification for transport by a qualified independent certification agent. |
| 3.6.1 | Structural Requirements | The system shall meet all ISO freight container requirements related to cargo containers including, but not limited to, a 9 high container stacking test and shall meet all Coast Guard requirements for safe containers. |
| 3.6.11 | Fork Lift | The container forklift pockets shall be correctly spaced, sized and positioned to allow the fully-loaded container to be lifted and moved safely using military and commercial fork lifting equipment (with proper lifting capacity) without causing any damage or deformation to the container, RU, or the forklift. |
| 3.7.32 | Identification Plate | An Identification Plate for the RU shall be provided and permanently attached to the housing in a location where it is visible. |
| 3.9.1 | Ambient Temperature | The RU shall start (with the entire system conditioned at the ambient temperature) and operate in ambient external temperatures from -25 °F to +131 °F. |

## APPENDIX B
## UNIQUE IDENTIFICATION

These simplified UID marking requirements are designed and intended to be compliant with the Department of Defense (DoD) UID requirements as specified in the Department of Defense Guide to Uniquely Identifying Items: Assuring Valuation, Accountability and Control of Government Property, Version 1.4 April 16, 2004.

What items require UID markings?

- All items and sub-systems with a unit cost of $5,000 or more
- Serially managed, mission essential, or controlled inventory items
- Components within items if determined by the Program Manager

For the purposes of this project, the container and the RU are determined to be subject to requirement 1.b and must each have UID markings.

What information is needed to create a UID (for UII Construct #2 in the reference)?

- An enterprise ID (in this case, a manufacturer's CAGE code)
- An original part number or model number for the item
- A serial number for the particular item being marked

How is the UID marking constructed?

- The UID marking has two main elements:
- The human-readable listing of the enterprise ID (CAGE code), original part or model number, and serial number of the item being marked.
- A 2-dimensional machine-readable data matrix composed of the same information elements as listed above. The data matrix must be an ECC 200 symbol. The syntax for encoding the data matrix is ISO/IEC 15434, and ISO/IEC 15418 data identifiers are used to designate the three data elements.
- An example of UID marking appears below:

| | |
|---|---|
| CAGE (17V) | 0CVA5 |
| Orig. Part No. (1P) | 1234 |
| Serial No. (S) | 567890 |

This example shows the human-readable CAGE code, Original Part Number, and Serial Number listed. The items in parenthesis after each text description are the data labels corresponding to each data element. For example, the ISO/IEC 15418 data identifier for "serial number" is "S." The marking includes an ECC 200 2-dimensional data matrix containing the same data encoded in ISO/IEC 15434 syntax. Note that for this example the ECC 200 symbol used is representational only and is not accurately encoded with the example data.

The ISO/IEC 15434 syntax is constructed as follows:




**"DI" stands for "Data Identifier"**

The example above shows the data elements encoded to generate the proper ECC 200 data matrix.

How are the items labeled?

- Any permanent marking conforming to the example in paragraph "How is the UID marking constructed?" above is sufficient.
- An integral bar code and manual data fields on the data plate is equally acceptable
- An example appears below:



# TAB 7

# PROPOSAL PREPARATION
# AND
# EVALUATION

# LARGE FIELD REFRIGERATION SYSTEM (LFRS)

**Prepared by:**

**Program Manager - Expeditionary Power Systems**

**Marine Corps Systems Command**

**United States Marine Corps**

**INTRODUCTION**

Offerors shall submit only one (1) offer in response to this request.

The Offeror's submission should demonstrate the optimal capability in response to the stated requirements.

Sealed offers for the items to be provided shall be hand-carried or express mailed via UPS or Federal Express to the specified location by the timeframe specified in the original request.

**QUOTATION FORMAT**

Offerors need only submit a technical proposal and price quotation in support of their price quotation. An original and three copies of the quotation (i.e., total of four) are required. Additionally, a single CD-ROM shall be provided that contains the Offerors' entire proposal and attachments in Microsoft Office (Excel, Word) format. Offerors should read the terms and conditions of the Request for Quotation (RFQ) carefully and refer any questions to the Procuring Contracting Officer (PCO). The following supporting data as part of the technical proposal is requested:

Past Performance. Provide at least three (3) credible examples of relevant past performance occurring within the past twelve (12) months. Provide POC, Phone Number, email address, contract/order value and describe the general scope of effort. This shall not to exceed 2-pages in length.

Technical Compliance Matrix. Provide a Technical Compliance Matrix, following the nomenclature and numbering scheme of the Statement of Objectives, to depict technical compliance and physical attributes of their proposed system. This shall be submitted both in paper and electronically format (Microsoft Excel). Supporting data or reference material is requested for Critical Performance Parameters. If an objective from the SOO is not part of the offered solution, please note as such.

Owners / User Manual. Provide one paper or electronic copy of the current manual for user level operations and preventive maintenance functions.

Product Specification. In offeror format, provide a Product Specification as managed to and under configuration control that details physical configuration, materials, construction, and performance attributes of the LFRS being offered.

Provisioning and Logistics Support Data. In offeror format, provide any existing data records that portrays the technical maturity and established supportability of key components in a worldwide fashion.

Test Data and Reports. In original format of the testing activity, provide copies of reports that show actual performance of key components (refrigeration unit, container) to meet critical performance parameters and offers stated performance levels.

**EVALUATION**

Failure to meet any of the parameters labeled as CRITICAL PERFORMANCE PARAMETER in the Statement of Objectives will render the proposal UNACCEPTABLE.

# TAB 8

-----Original Message-----
From: Mi CIV Moxi
Sent: Thursday, July 17, 2008 11:18
To: 'jeffrey.lau@gsa.gov'
Subject: RE: TAA Compliance/GS-02F-0024P

[redacted]

V/r,

Moxi Mi
Contract Specialist
Marine Corps Systems Command
2200 Lester Street
Quantico, VA 22134-6050
(703)432-5013
DSN 378-5013
(703)432-5029(Fax)
moxi.mi1@usmc.mil

-----Original Message-----
From: jeffrey.lau@gsa.gov [mailto:jeffrey.lau@gsa.gov]
Sent: Tuesday, June 24, 2008 11:47
To: Mi CIV Moxi
Subject: Re: TAA Compliance/GS-02F-0024P

[redacted]

Contracting Officer / Acting Section Chief Office Products Acquisition Branch (2QSABA) Federal Acquisition Service
Phone: 212-264-2459
Fax: 212-264-1780



[redacted]

"Mi CIV Moxi" <moxi.mi1@usmc.mil>

06/24/2008 10:30 AM To
jeffrey.lau@gsa.gov
cc
Subject
TAA Compliance/GS-02F-0024P

[redacted]

Moxi Mi
Contract Specialist
Marine Corps Systems Command
2200 Lester Street
Quantico, VA 22134-6050
(703)432-5013
DSN 378-5013
(703)432-5029(Fax)
moxi.mi1@usmc.mil



[redacted]

# TAB 9

# RFQ Summary

Forward RFQ | Modify RFQ | Cancel RFQ

Selected vendor(s) were notified

| | |
|---|---|
| **RFQ ID**<br>**RFQ296298** | **Reference #**<br>M67854-08-Q-5067 |
| **RFQ Title**<br>Large Field Refrigeration System | |
| **RFQ Status**<br>Open | **Delivery Days**<br>Deliver **120** Days After Receipt Of Order |
| **RFQ Issue Date**<br>07/21/2008 02:19:37 PM EDT | **RFQ Close Date**<br>07/24/2008 02:00:00 PM EDT |

**Line Items**

| Mfr. part No/NSN/Item | Manufacturer | Product/Service Name | Qty | Unit | Ship Address |
|---|---|---|---|---|---|

**Description**

The Marine Corps Systems Command has a requirement for a Large Field Refrigeration System (LFRS) that can support multiple users that need a dual mode refrigerated 20 foot ISO container.
Quantity of this procurement is 150 units overpacked with Owner/user Manuals. These units will be shipped F.O.B. Destination to Albany, Georgia. Summary of Critical Performance Parameters is attached. Failure to meet any of the parameters will be render the proposal unacceptable.
Please send any correspondence by email to moxi.mi1@usmc.mil and refer to reference#M67854-08-Q-5067.

**Attached Documents:**

LFRS CPP - 20080718.doc

**(1) MCSC:**
Marine Corps Systems Command
CT025-GTES, 2201A WILLIS STREET
Quantico, VA 22134-6050

*Individual Receiving Shipment*
MOXI MI
7034325013
MOXI.MI1@USMC.MIL

**Shipping Address**

# TAB 10

**SUMMARY OF CRITICAL PERFORMANCE PARAMETERS**

| # | Title | Parameter |
|---|---|---|
| 1 | Type | The container shall be of new construction (pre-owned container is not acceptable). |
| 2 | Dimensions | Nominal external dimensions are 8 feet by 8 feet by 20 feet for the overall system |
| 3 | Emergency Escape | The right hand door of the container shall have an emergency internal release handle or an emergency escape hatch (minimum 15 inches wide x 34 inches high) to allow the door or the hatch to open from the inside to permit a person in the container to exit when the container is padlocked on the outside |
| 4 | Operation Modes | The Refrigeration Unit (RU) shall provide automatically regulated refrigeration, freezing, and heating capability |
| 5 | Electrical | The RU shall operate on 208/230 Voltage Alternating Current (VAC), 3-phase, 60-Hertz (Hz) electric power |
| 6 | Cooling Capacity | The RU shall be sized to insure a minimum performance to pull-down, and maintain the container interior, in a 131 °F external temperature environment, to set temperatures of 32 °F and 0 °F. |
| 7 | Refrigerant | The refrigerant used in the RU shall be commercially available and fully compliant with the Clean Air Act for the life of the contract. |
| 8 | Certification | The system shall be certified as meeting Convention for Safe Containers certification for transport by a qualified independent certification agent. |
| 9 | Structural Requirements | The system shall meet all ISO freight container requirements related to cargo containers including, but not limited to, a 9 high container stacking test and shall meet all Coast Guard requirements for safe containers. |
| 10 | Fork Lift | The container forklift pockets shall be correctly spaced, sized and positioned to allow the fully-loaded container to be lifted and moved safely using military and commercial fork lifting equipment (with proper lifting capacity) without causing any damage or deformation to the container, RU, or the forklift. |
| 11 | Identification Plate | An Identification Plate for the RU shall be provided and permanently attached to the housing in a location where it is visible. Unique Identification with minimum of CAGE code, Original Part Number, and Serial Number shall be provided for the container and RU. |
| 12 | Ambient Temperature | The RU shall start (with the entire system conditioned at the ambient temperature) and operate in ambient external temperatures from -25 °F to +131 °F. |

## PROPOSAL REQUIREMENTS

1.0 The offeror shall provide documentation to demonstrate compliance with all Critical Performance Parameters.

2.0 The offeror may provide and describe any other value added features.

3.0 The offeror shall provide a vendor prepared Product Specification that adequately describes the configuration, construction, materials, and performance of the proposed item.

# TAB 11

# RFQ Summary

Forward RFQ | Modify RFQ | Cancel RFQ

Selected vendor(s) were notified

| | |
|---|---|
| **RFQ ID**<br>**RFQ296298**<br>(Modification 1) | **Reference #**<br>M67854-08-Q-5067 |
| **RFQ Title**<br>Large Field Refrigeration System | |
| **RFQ Status**<br>Open | **Delivery Days**<br>Deliver **120** Days After Receipt Of Order |
| **RFQ Issue Date**<br>07/21/2008 02:19:37 PM EDT | **RFQ Close Date**<br>07/31/2008 02:00:00 PM EDT |

**Line Items**

| Mfr. part No/NSN/Item | Manufacturer | Product/Service Name | Qty | Unit | Ship Address |
|---|---|---|---|---|---|

**Description**

The Marine Corps Systems Command has a requirement for a Large Field Refrigeration System (LFRS) that can support multiple users that need a dual mode refrigerated 20 foot ISO container.
Quantity of this procurement is 150 units overpacked with Owner/user Manuals. These units will be shipped F.O.B. Destination to Albany, Georgia. Summary of Critical Performance Parameters is attached. Failure to meet any of the parameters will be render the proposal unacceptable.
Please send any correspondence by email to moxi.mi1@usmc.mil and refer to reference#M67854-08-Q-5067.

**Attached Documents:**
LFRS CPP - 20080718.doc

**(1) MCSC:**
Marine Corps Systems Command
CT025-GTES, 2201A WILLIS STREET
Quantico, VA 22134-6050

*Individual Receiving Shipment*
MOXI MI
7034325013
MOXI.MI1@USMC.MIL

**Shipping Address**

# TAB 12

-----Original Message-----
From: ebuy_admin@gsa.gov [mailto:ebuy_admin@gsa.gov]
Sent: Monday, July 21, 2008 14:20
To: Mi CIV Moxi
Subject: GSA e-Buy Request For Quote RFQ296298 has ISSUED

Dear :MOXI MI,

Subject RFQ for: "Large Field Refrigeration System" has been issued on Mon Jul 21 14:19:37 EDT 2008. RFQ notices were sent to 58 vendors.

You will receive another e-mail notice once this RFQ has closed. Please note that quotes can be viewed and evaluated prior to RFQ closing but may not be awarded/no award until after RFQ close.

You may contact GSA at gsa.advantage@gsa.gov or call 1-877-472-3777 (select option 2) if there are questions concerning e-Buy system operation.

Please do not reply to this e-mail.

Thank you!

# TAB 13

Mi CIV Moxi

[redacted]

This email has been scanned by the MessageLabs Email Security System.



[redacted]

[redacted]



[redacted]

# TAB 14

[redacted]

[redacted]



[redacted]

[redacted]



[redacted]