# MEMORANDUM FOR THE RECORD

This memorandum is provided in response to the 18 August 2008 order of the Court of Federal Claims directing the Marine Corps to "supplement the Administrative Record by filing an affidavit by the Contracting Officer providing the agency's rationale for not making an award under the original solicitation and cancelling that procurement."

The Court's 5 June 2008 Decision, directing the cancellation of the contract with Sea Box, required me to reconsider how to view [redacted] The Court explained that Sea Box's proposal had to be evaluated based on how it had existed in October 2007, that I could not allow Sea Box to modify its proposal by varying what it had proposed so as to remedy TAA compliance defects. [redacted] I realized that the Court's decision was based on Sea Box's non-compliance with respect to CLIN 0001, [redacted]

It could have been theoretically possible to revive the solicitation, open another round of discussions—specifically addressing the TAA compliance issue—and then request Second Final Proposal Revisions. However, in light of the fact that a year has passed since the LFRS solicitation was issued, I believe that it was prudent to conduct new market research pursuant to FAR Part 10, and to work with the program office to ensure we were accurately pursuing our minimum needs in a subsequent solicitation.

After updating our market research, the Program Manager ("PM") and I discussed several contracting methods for moving ahead and determined that a dual-track approach to this procurement was prudent. In essence, the strategy was to issue a single delivery order pursuant to a competition utilizing the General Services Administration's ("GSA") Federal Supply Schedule ("FSS") under FAR Subpart 8.4. This would meet the Marine Corps' short-term LFRS needs (150, out of the 1500 total we could have purchased under the prior solicitation) in support of the warfighter's operations in Iraq and Afghanistan and their ability to conduct the Global War on Terror. Another benefit of buying through GSA is the fact that the schedule contracts, which were competitively awarded, have addressed the TAA compliance issue.

After executing this competitive GSA order, we intend to release a Request For Information ("RFI") to assess the current ability of industry to meet our requirements. This RFI would also provide us with updated information regarding the ability of small businesses to meet Marine Corps needs. Based on the RFI responses, we would have several options for establishing a longer term LFRS solution. Moreover, if the RFI responses provide a reasonable expectation that two or more small businesses could meet the Marine Corps' requirements at fair market prices, my plan was to set aside this procurement exclusively for small businesses pursuant to FAR Part 19. This dual-track

approach allows the Government to make an initial purchase of LFRS units very rapidly to meet our most pressing need via the GSA FSS, and would compliment our current plan to conduct additional market research, and to work with the program office to ensure we were accurately pursuing our minimum needs in a subsequent solicitation. As provided above, the longer term LFRS solution would be based on the information we received during our continuing market research.

Terence J. McGinn
Contracting Officer
United States Marine Corps

Dated: 22 August 2008