# In the United States Court of Federal Claims

No. 08-551C
(Filed: August 26, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *

KLINGE CORPORATION,

*Plaintiff*,

v.

THE UNITED STATES,

and *Defendant*,

SEA BOX, Inc.

*Intervenor*.

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Defendant has contacted chambers to request that it be allowed to file a brief in response to the allegations presented in plaintiff's complaint prior to the oral arguments scheduled for September 8, 2008 on the cross-motions for judgment on the administrative record. Plaintiff opposes the request.

For good cause shown, defendant will be allowed to file a brief. Accordingly, defendant and intervenor, if they so choose, may file their respective briefs on or before August 29, 2008. Plaintiff may file a reply on or before September 3, 2008. Defendant's and intervenor's briefs may not exceed ten pages of text. Plaintiff's reply may not exceed seven pages. Oral argument remains scheduled for September 8, 2008, although the time is changed. Oral argument will commence at 10:30 am.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge