**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| KLINGE CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-551C |
| v. | ) | |
| | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SEA BOX, INC. | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S MOTION TO ENLARGE**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 5-day enlargement of time to file a response to the complaint and memorandum of points and authorities by 1:00p.m. on September 3, 2008. Our response is currently due on August 29, 2008. This is defendant's first request for an enlargement of time for this purpose. Counsel for defendant-intervenor does not object to this motion. Counsel for plaintiff does not object to this motion, provided that the Court, by granting our motion, is not inclined to postpone the date for oral argument (Monday, September 8, 2008) and permits plaintiff to file a reply brief by 1:00p.m. on September 5, 2008.

On August 26, 2008, the Court granted the defendant's request to file a written response to the complaint and memorandum of points and authorities and ordered that defendant's response be limited to ten pages and filed by August 29, 2008. However, counsel for defendant was engaged in the litigation of Femme Comp. Inc, et al v. United States, Nos. 08-409C, 08-

419C, 08-432C, 08-454C, and 08-474C before the honorable Judge Margaret M. Sweeney for the entire day on August 27, 2008. Furthermore, counsel for defendant is scheduled to serve as a groomsman in a wedding over the weekend and will be out of the office on August 29, 2008.

Consequently, additional time is necessary to allow counsel for defendant sufficient time to draft a response to the complaint and memorandum of points and authorities, which total 66 pages, and allow for supervisory review prior to filing with the Court.

For the foregoing reasons, we respectfully request that the Court grant this motion for an enlargement of time of 5 days to file our response to the complaint by 1:00p.m. on September 3, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kirk Manhardt
KIRK MANHARDT
Assistant Director

/s/ Christopher L. Krafchek
CHRISTOPHER L. KRAFCHEK
Trial Attorney
Civil Division,
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
(202) 305-0041 (Phone)
(202) 514-8624 (Facsimile)

OF COUNSEL:
BRENT CURTIS
Associate Counsel
Marine Corps Systems Command
2200 Lester Street
Quantico, Virgina 22134-6050

August 28, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 28th day August, 2008, a copy of the foregoing "DEFENDANT'S MOTION TO ENLARGE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Christopher L. Krafchek