**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **KLINGE CORPORATION** | |
| **Plaintiff,** | **No. 1:08-cv-00551** |
| **v.** | **Judge Eric G. Bruggink** |
| **THE UNITED STATES OF AMERICA** | |
| **Defendant,** | |
| **and** | |
| **SEA BOX, INC.** | |
| **Defendant-Intervenor** | |

**MOTION FOR ENLARGEMENT OF TIME (UNOPPOSED)**

1. Sea Box, Inc. ["Sea Box"], through its undersigned counsel, respectfully moves for an Enlargement of Time to file a response to Plaintiff's Complaint.

2. By its Order dated August 26, 2008, the Court permitted Defendant and Intervenor to file their respective briefs on or before August 29, 2008, with Plaintiff to file its reply on or before September 3, 2008.

3. On August 28, 2008, Defendant filed a Motion for Enlargement of Time to permit the filing of its response by 1:00p.m. September 3, 2008. Sea Box does not oppose Defendant's motion. Defendant's motion is also unopposed by Plaintiff provided that the Court, in granting Defendant's motion, is not inclined to postpone the date presently set for oral argument, September 8, 2008, and also permits additional time until 1:00pm on September 5, 2008 for Plaintiff to file its own reply.

4. The undersigned counsel for Sea Box was committed to be out of the office and traveling on August 29, 2008 as part of the Labor Day holiday weekend prior to receiving the Court's scheduling Order of August 26, 2008. If Defendant's Motion for Enlargement of Time is granted by the Court and Plaintiff is also granted an extension, Sea Box respectfully asks that it be permitted until close of business on September 2, 2008, the day before Defendant's response would be due, to submit its response.

5. Sea Box's requested enlargement would not compromise the proposed scheduling for Defendant and Plaintiff nor delay the date set for oral argument.

6. In accordance with the requirements of the Court's Rule 6.1, Sea Box is respectfully requesting that it be permitted an additional four (4) days to comply with the Court's August 26, 2008 Order. That is, Sea Box requests that the Court permit its response under the Order to be filed by September 2, 2008 (the day to which the enlargement is to run) rather than by August 29, 2008 as presently ordered.

7. The time for performance (of Sea Box's response to the Court's August 26, 2008 Order) has not previously been enlarged.

8. Sea Box represents that it has discussed this Motion for Enlargement of Time with Defendant's counsel and Plaintiff's counsel via written communications.

9. Sea Box respectfully requests that the Court grant this Motion.

Respectfully Submitted,

s/Robert A. Farber
Robert A. Farber
1900 Frontage Road, Suite 1613
Cherry Hill, NJ 08034
Telephone: 610-349-1346
Facsimile: 267-295-9938

Counsel for Intervenor

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **KLINGE CORPORATION,** | |
| **Plaintiff,** | **No. 1:08-cv-00551** |
| **v.** | **Judge Eric C. Bruggink** |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant,** | |
| **and** | |
| **SEA BOX, INC.** | |
| **Defendant-Intervenor** | |

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on August 28, 2008, a copy of the foregoing Motion for Enlargement of Time was filed electronically. I understand that notice of such filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access such filing through the Court's system.

s/Robert A. Farber
Robert A. Farber
1900 Frontage Road, Suite 1613
Cherry Hill, NJ 08034
Telephone: 610-349-1346
Facsimile: 267-295-9938

Counsel for Intervenor