**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | | |
|---|---|---|
| KLINGE CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-551C |
| v. | ) | |
| | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SEA BOX, INC. | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Defendant, the United States, respectfully requests the Court to accept for filing the Government's 13-page response brief to plaintiff's, Klinge Corporation, complaint and memorandum of points and authorities, notwithstanding the 10-page limitation set forth in the Court's August 26, and August 29, 2008 orders. Plaintiff's papers total 66 pages and raised a host of separate issues that must be addressed individually. Under these circumstances, the three additional pages of our brief are reasonable and should not cause material prejudice, inconvenience, or delay.

For the foregoing reasons, we respectfully request that the Court grant this motion to exceed the page limit.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON

Director

/s/ Kirk Manhardt
KIRK MANHARDT
Assistant Director

OF COUNSEL:
BRENT CURTIS
Associate Counsel
Marine Corps Systems Command
2200 Lester Street
Quantico, Virgina 22134-6050

/s/ Christopher L. Krafchek
CHRISTOPHER L. KRAFCHEK
Trial Attorney
Civil Division,
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
(202) 305-0041 (Phone)
(202) 514-8624 (Facsimile)

September 3, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 3rd day August, 2008, a copy of the foregoing "DEFENDANT'S MOTION TO EXCEED PAGE LIMIT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Christopher L. Krafchek